**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Mario A.P.R.,

Petitioner,

v.

Todd Blanche, *Acting Attorney General*; Markwayne Mullin, *Secretary, U.S. Department of Homeland Security*; David J. Venturella, *Acting Director of Immigration and Customs Enforcement*; David Easterwood, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*; and Eric Tollefson, *Sheriff of Kandiyohi County*,

Respondents.

Civ. No. 26-2940 (JWB/DJF)

**ORDER ON MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER**

---

Respondents move to dissolve the temporary restraining order that was first entered on June 15, 2026, and extended by subsequent orders. (*See* Doc. No. 21.) Those orders were issued to preserve this Court's jurisdiction over the habeas petition by maintaining the status quo while the petition was pending.

Respondents represent that Petitioner has a final order of removal and removal to Mexico is significantly likely in the reasonably foreseeable future because Mexico does not require formal travel documents for repatriation and removals to Mexico occur approximately twice a week. (*See* Doc. Nos. 19, 22.) Accepting those representations as true, the temporary restraining orders do not bar Respondents from executing a valid final order of removal. Because the relief Respondents seek is not prohibited by the existing

orders, there is no need to dissolve them.

Accordingly, the motion to dissolve (Doc. No. 21) is **DENIED**. For the sake of clarity, nothing in this Court's prior orders prohibits Respondents from executing a valid final order of removal. Further, this Order does not decide the validity of any final order of removal or limit or expand Petitioner's ability to raise any challenge to that removal in the appropriate forum.

Date: September 10, 2026

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge